**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WISCONSIN CENTRAL LTD., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | Case No.: 1:16-cv-04271 |
| v. ) | |
| ) | Hon. Andrea R. Wood |
| SOO LINE RAILROAD COMPANY, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.17, Jenner & Block LLP ("Jenner & Block") hereby moves to withdraw the appearance of Alexander J. Bandza on behalf of Plaintiff/Counter-Defendant Wisconsin Central Ltd. ("WCL") because as of April 17, 2020, Mr. Bandza will no longer be affiliated with Jenner & Block. Mr. Siros and Mr. Vail will continue to act as counsel for WCL.

Dated: April 14, 2020          Respectfully submitted,

By: /s/ Alexander J. Bandza

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2020, I caused a true and correct copy of the foregoing Motion for Leave to Withdraw Appearance to be served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Steven M. Siros
Steven M. Siros
Andrew W. Vail
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 923-2717
Email: ssiros@jenner.com

*Attorneys for Plaintiff/Counter-Defendant Wisconsin Central Ltd.*